# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1534.  SMOKE CITY SHOP, LLC et al. v. CITY OF ATLANTA, GEORGIA et al.

After the City of Atlanta denied their application for an alcoholic beverage license, Smoke City Shop, LLC and Amat Baba filed a certiorari petition in the superior court. The superior court denied the petition, and Smoke City and Baba now appeal directly to this Court. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . state and local administrative agencies . . . by certiorari or de novo proceedings" must be brought by application for discretionary appeal. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859 (583 SE2d 858) (2003) (discretionary application was proper method to appeal superior court's ruling on certiorari petition from City of Atlanta's denial of liquor license). Accordingly, Smoke City and Baba were required to file a discretionary application to appeal the superior court's ruling. Their failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See id.; *Thomas County v. WH Group 2, LLC*, __ Ga. App. __ (857 SE2d 94) (2021).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__07/14/2021_____*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*